**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| WALDRON DEVELOPMENT COMPANY | ) ) | Case No. 17-37011 |
| Debtor. | ) ) ) | **Honorable Jacqueline Cox** Bankruptcy Judge |

**COVER SHEET FOR APPLICATION FOR
<u>PROFESSIONAL COMPENSATION</u>**

Name of Applicant:     CJBS, LLC
                                   Larry G. Goldsmith, Certified Public Accountant

Authorized to Provide Professional Services to:     Waldron Development Company

Date of Order Authorizing Employment:     March 20, 2018

Period for Which Compensation is Sought:     January 19, 2018 to April 4, 2018

Amount of Fees Sought:     $ 1,875.00

Amount of Expense Reimbursement Sought:     $ 35.00

This is an:     Interim Application _____     Final Application ___X___

                                                      Applicant:     Larry G. Goldsmith, JD, CPA,
                                                                          and CJBS, LLS

Date: <u>May 25, 2018</u>          By:     <u>/s/ Julia D. Loper</u>
                                                      Julia D. Loper
                                                      *Attorney for Waldron
                                                      Development Company*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **Waldron Development Company**, | Bankruptcy No. 17-bk-37011 |
| Debtor. | Honorable Jacqueline P. Cox |

**NOTICE OF FINAL APPLICATION OF LARRY G. GOLDSMITH AND CJBS, LLC FOR ALLOWANCE OF COMPENSATION BY ACCOUNTANTS FOR THE DEBTOR**

**Please take notice** that on **June 26, 2018, at 10:00 a.m.** or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable Jacqueline P. Cox, United States Bankruptcy Judge for the Northern District of Illinois, in Courtroom 680 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there shall present **Final Application of Larry G. Goldsmith and CJBS, LLC**, a copy of which is attached hereto and herewith served upon you.

Dated: May 31, 2018                          **FactorLaw**

                                             By: */s/ Julia Loper*
                                                 One of Its attorneys

William J. Factor (6205675)
Ariane Holtschlag (6294327)
Julia Loper (6293254)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:    (312) 470-1287
Fax:    (847) 574-8233
Email:  wfactor@wfactorlaw.com

## CERTIFICATE OF SERVICE

I, Julia Loper, an attorney, hereby certify that on May 31, 2018, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Notice of Motion* and the accompanying *Motion* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the appended Service List, and by First Class Mail on all those identified on the appended Service List.

*/s/ Julia Loper*

## SERVICE LIST

**Registrants**
(Service via ECF)

| | |
|---|---|
| **William J Factor** | wfactor@wfactorlaw.com; wfactorlaw@gmail.com; bharlow@wfactorlaw.com; wfactor@ecf.inforuptcy.com; wfactormyecfmail@gmail.com; factorwr43923@notify.bestcase.com |
| **Ariane Holtschlag** | aholtschlag@wfactorlaw.com; bharlow@wfactorlaw.com; gsullivan@ecf.inforuptcy.com; holtschlagar43923@notify.bestcase.com |
| **Patrick S Layng** | USTPRegion11.ES.ECF@usdoj.gov |
| **Zhijun Liu** | jliu@wfactorlaw.com; jliu@ecf.inforuptcy.com; bharlow@wfactorlaw.com; nbouchard@wfactorlaw.com |
| **Julia D Loper** | jloper@wfactorlaw.com; bharlow@wfactorlaw.com |
| **Jose G Moreno** | nd-one@il.cslegal.com |

Cameron Douglas, et al.
3838 North Kenmore, First Floor
Chicago, IL 60613

Waldron Development Company
560 Sheridan Road
Highland Park, IL 60035-5063

Wilmington Trust, National Association, not
c/o Codilis & Associates, P.C.
15W030 N. Frontage Road
Suite 100
Burr Ridge, IL 60527-6921

Codilis & Associates, P.C.
15W030 North Frontage Road
Burr Ridge, IL 60527-6921

AIG Property Casualty, Inc.
Attn: Kevin J. Larner, Esq
80 Pine Street, 13th Floor
New York, NY 10005-1734

BankDirect Capital Finance
150 North Field Drive, Suite 190
Lake Forest, IL 60045-2594

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

City of Chicago
Department of Finance-Water Billing
PO Box 6330
Chicago, IL 60680-6296

Commonwealth Edison Co
3 Lincoln Center
Attn: Bankruptcy  Section
Oak Brook Terrace IL 60181-4204

NICOR Northern Illinois Gas
Attention Bankruptcy & Collections
PO Box 549
Aurora IL 60507-0549

Commonwealth Edison
PO Box 6111
Carol Stream, IL 60197-6111

Fay Servicing, LLC
Bankruptcy Department
3000 Kellway Dr., Ste 150
Carrollton, TX 75006-3357

Peoples' Gas
P.O. Box 2968
Milwaukee, WI 53201-2968

Dileep amd Anita Varma
3838 North Kenmore, 3rd Floor
Chicago, IL 60613-2916

Peoples Energy
Attn: Bankruptcy
130 East Randolph Drive, 17th Floor
Chicago, IL 60601-6207

Therese Waldron
560 Sheridan Road
Highland Park, IL 60035-5063

Nicor Gas
P.O. Box 0632
Aurora, IL 60507-0632

The Rogers Law Group
707 Lake Cook Road
suite 312
Deerfield, IL 60015-4933

Wilmington Trust, National Association
Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Stefanie and Ryan Parry
3838 North Kenmore, 2d Floor
Chicago, IL 60613-2916

Wilmington Trust, N.A., Tr. MFRA Tr
c/o Fay Servicing
PO Box 88009
Chicago, IL 60680-1009

Wilmington Trust
c/o Fay Servicing
440 S LaSalle St Ste 2000
Chicago, IL 60605-5011

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| WALDRON DEVELOPMENT COMPANY | ) ) | Case No. 17-37011 |
| Debtor. | ) | **Honorable Jacqueline Cox** |
| | ) | Hearing Date:  June 26, 2018 |
| | ) | Time:  9:30 a.m. |

**FINAL APPLICATION OF LARRY G. GOLDSMITH AND CJBS, LLC FOR ALLOWANCE OF COMPENSATION BY ACCOUNTANTS FOR THE DEBTOR**

NOW COMES Larry G. Goldsmith and CJBS, LLC (collectively "CJBS"), pursuant to 11 U.S.C. § 330 and 507(a)(1) and requests that this Court enter an Order allowing final compensation for services rendered, and in support thereof states as follows:

1. On March 20, 2018, the debtor was authorized to employ Larry G. Goldsmith and CJBS, LLC to assist the debtor in connection with preparing and filing the necessary federal and state income tax returns and provide required accounting professional services.  The Debtor was also authorized to pay CJBS a retainer of $1,500.00.

2. In preparing this Application, CJBS has endeavored to comply with local Bankruptcy Rule 5082-1 and the guidelines set forth in In re Continental Illinois Securities Litigation, 572 F. Supp. 931 (N.C. Ill. 1983), In re Convent Guardian Corp., 103 B.R. 937 (Bankr. N.D. Ill. 1989) and In re Adventist Living Centers, Inc., 137 B.R. 692 Bankr. N.D. Ill. 1991).  In compliance therewith, CJBS has presented the services rendered by category of activities, identifying the activates within the category chronologically, naming each person who performed the activity, with the number of hours spent by such person, and a description of the work performed.  The categories set forth in the statement of services attached as Exhibit A to this Application, together with an explanation of each category.  Exhibits B, C and D identify the professional services performed by individuals and then by category of assignment.

3. In rendering the above-described services, CJBS has expended a total of 5.6 hours.  The Overall Billing Summary attached as Exhibit A hereto sets forth the hourly rates in effect for each partner and staff member during the period covered by this Application.

4. CJBS asserts that the compensation requested above is reasonable compensation for the actual and necessary services rendered based upon the time, nature, extent and value of such services. CJBS further asserts that the cost of services rendered for and on behalf of the Estate is comparable to the cost of similar services in matters other than under the Bankruptcy Code.

5. During the Application Period, no agreement or understanding exists between CJBS and any other person for the sharing of compensation received or to be received in connection with this Case.

6. No compensation has been promised to CJBS other than as disclosed or approved by this Court. CJBS certifies that there is no agreement between the firm and any other party regarding the sharing of fees except with the firm's partners, nor has the firm discussed or negotiated the amount of its fees with any party except the Trustee. Finally, CJBS represents that it is and was through the Application Period a disinterested party and does not hold any relationship adverse to the Estate.

**Notice**

7. The Debtor has provided 21 days' notice of this Application to the following: (a) the U.S. Trustee; (b) all creditors; and (c) all persons that have appeared or filed a request for notice of the above-captioned cases pursuant to Bankruptcy Rule 2002.

**No Prior Request**

8. There has been no prior request to the Court for the relief sought in this Application.

WHEREFORE, CJBS prays for the entry of an order allowing CJBS fees for professional services rendered during the Application Period in the amount of $1,875.00 and expenses having been incurred herein on behalf of the Estate in the amount of $35.00. Therefore, we pray that the Court authorizes the Debtor, Waldron Development Company, to remit to Larry G. Goldsmith and CJBS, LLC the sum of $1,910.00 less the retainer received in the amount of $1,500.00, as fees requested in this application and granting such other and further relief as is just.

Dated: May 25, 2018 **FactorLaw**

By: */s/ Julia D. Loper*
One of its attorneys

William J. Factor (6205675)
Julia Loper (6293254)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:   (312) 470-1287
Fax:   (847) 574-8233
Email: jloper@wfactorlaw.com

Waldron Development Narrative

<u>Tax</u>:

| | |
|---|---:|
| CJBS, LLC prepared the 2017 corporate income tax return for Waldron Development. CJBS expended 6.6 hours | $1,875.00 |

<u>Expenses</u>:

| | |
|---|---:|
| There was a software fee for the preparation of the tax returns in the amount of: | $ 35.00 |

<u>LGG</u>:

| | |
|---|---:|
| Larry Goldsmith, JC, CPA over 30 years of experience in tax and insolvency matters 5.10 hours | $1836.00 |

<u>LMH</u>:

| | |
|---|---:|
| Linda Hess, tax assembly administration .5 hours | <u>$  39.00</u> |
| Subtotal | $1,875.00 |
| Expenses | <u>   35.00</u> |
| Total | <u>$1,910.00</u> |

**Exhibit A**

**Waldron Development Company Analysis by Date**

| Date | Staff | Activity | Hourly Rate | Hours | Total | Comments |
|---|---|---|---|---|---|---|
| 01/19/18 | LGG | TAX | 360.00 | 0.50 | 180.00 | Reviewed prior tax and depreciation schedules |
| 03/26/18 | LGG | TAX | 360.00 | 0.40 | 144.00 | Comments: teleconference with William Factor and Julia Loper |
| 03/27/18 | LGG | TAX | 360.00 | 1.10 | 396.00 | Comments: analyzing prior year tax returns for taxes for items affecting potential sale. |
| 03/27/18 | LGG | TAX | 360.00 | 1.30 | 468.00 | Comments: calculated potential income tax effect of a sale |
| 03/28/18 | LGG | TAX | 360.00 | 1.40 | 504.00 | Comments: preparation of tax return |
| 03/29/18 | KK | EXPENSES | | | 35.00 | Software processing fee |
| 03/29/18 | LMH | TAX | 78.00 | 0.50 | 39.00 | Comments: 2017 tax return assembly and processing |
| 04/04/18 | LGG | TAX | 360.00 | 0.40 | 144.00 | Comments: reviewed mortgage proof of claims filed |
| | | Totals | | 5.60 | 1,910.00 | |

Date - Schedule B

**Waldron Development Company Analysis by Activity**

| Date | Staff | Activity | Hourly Rate | Hours | Total | Comments |
|---|---|---|---|---|---|---|
| 03/29/18 | KK | EXPENSES | | - | 35.00 | Software processing fee |
| | | | | | | |
| 01/19/18 | LGG | TAX | 360.00 | 0.50 | 180.00 | Reviewed prior tax and depreciation schedules |
| 03/26/18 | LGG | TAX | 360.00 | 0.40 | 144.00 | Comments: teleconference with William Factor and Julia Loper |
| 03/27/18 | LGG | TAX | 360.00 | 1.10 | 396.00 | Comments: analyzing prior year tax returns for taxes for items affecting potential sale. |
| 03/27/18 | LGG | TAX | 360.00 | 1.30 | 468.00 | Comments: calculated potential income tax effect of a sale |
| 03/28/18 | LGG | TAX | 360.00 | 1.40 | 504.00 | Comments: preparation of tax return |
| 03/29/18 | LMH | TAX | 78.00 | 0.50 | 39.00 | Comments: 2017 tax return assembly and processing |
| 04/04/18 | LGG | TAX | 360.00 | 0.40 | 144.00 | Comments: reviewed mortgage proof of claims filed |
| | | | | 5.60 | 1,875.00 | |
| | | Totals | | 5.60 | 1,910.00 | |

Activity - Schedule C

**Waldron Development Company Analysis by Person**

| Date | Staff | Activity | Hourly Rate | Hours | Total | Comments |
|---|---|---|---|---|---|---|
| 03/29/18 | KK | EXPENSES | | - | 35.00 | Software processing fee |
| 03/29/18 | LMH | TAX | 78.00 | 0.50 | 39.00 | Comments: 2017 tax return assembly and processing |
| 01/19/18 | LGG | TAX | 360.00 | 0.50 | 180.00 | Reviewed prior tax and depreciation schedules |
| 03/26/18 | LGG | TAX | 360.00 | 0.40 | 144.00 | Comments: teleconference with William Factor and Julia Loper |
| 03/27/18 | LGG | TAX | 360.00 | 1.10 | 396.00 | Comments: analyzing prior year tax returns for taxes for items affecting potential sale. |
| 03/27/18 | LGG | TAX | 360.00 | 1.30 | 468.00 | Comments: calculated potential income tax effect of a sale |
| 03/28/18 | LGG | TAX | 360.00 | 1.40 | 504.00 | Comments: preparation of tax return |
| 04/04/18 | LGG | TAX | 360.00 | 0.40 | 144.00 | Comments: reviewed mortgage proof of claims filed |
| | | | | 5.10 | 1,836.00 | |
| | | Totals | | 5.60 | 1,910.00 | |

Person - Schedule D